United States District Court
Southern District of Texas
**ENTERED**
April 13, 2020
David J. Bradley, Clerk

```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
                      HOUSTON DIVISION
```

MARILYN J. TAYLOR WALKER,    §
                             §
     Plaintiff,              §
                             §
v.                           §    CIVIL ACTION NO. H-19-2736
                             §
HOUSTON HOUSING AUTHORITY,   §
BEN SKALKA, CARLA VENZOR,    §
and JONATHAN CAMPBELL,       §
                             §
     Defendants.             §

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 35) dated March 24, 2020, Plaintiff's WRITTEN OBJECTION Pursuant to Rule 72(b) and General [O]rder 2002-13 (Docket Entry No. 36), and Plaintiff's CORRECTION TO WRITTEN OBJECTION Pursuant to Rule 72(b) and General Order 2002-13 (Docket Entry No. 37), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

**It** is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas, this 13th day of April, 2020.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE